**Order entered May 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01647-CR

### RICARDO BELTRAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1056077-M**

## ORDER

The Court **GRANTS** appellant's May 7, 2013 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file appellant's brief as of the date of this order.

/s/  DAVID EVANS
    JUSTICE